OSIAS WEISTHAL, Respondent, v. ARENA BUILDING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay con-

tinued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.